

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,199-01

### EX PARTE PEDRO CASTILLO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. D-1-DC-20-202515 IN THE 331ST DISTRICT COURT
### FROM TRAVIS COUNTY

*Per curiam*.

## O R D E R

Applicant has filed a motion for leave to file an Application for an Original Writ of Habeas Corpus. Applicant's motion for leave to file is denied.

Applicant sought pretrial release on a personal bond through a writ of habeas corpus filed in the district court. The district court denied habeas relief and refused release on a personal bond. In his original habeas application to this Court, Applicant challenges the trial court's denial. Because Applicant may challenge the trial court's denial in the appropriate intermediate appellate court, Applicant has an adequate remedy at law. *See, e.g., Ex parte Groves*, 571 S.W.2d 888 (Tex. Crim. App. 1978); *Jones v. State*, 803 S.W.2d 712 (Tex. Crim. App. 1991).

Filed: April 27, 2020
Do not publish